E-filing

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA

10

11    RONALD M. LÓPEZ Plaintiff,            )    CASE NO. _____

12              vs.                         )    PRISONER'S
                                            )    APPLICATION TO PROCEED
13    BEN CURRY, WARDEN, et al.             )    IN FORMA PAUPERIS
                                            )
14                          Defendant.      )
                                            )
15 _____

16        I, RONALD M. LÓPEZ ____, declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22        In support of this application, I provide the following information:

23    1.      Are you presently employed? Yes ___ No ✕

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____none✕_____ Net: _____✕_____

27    Employer: ___✕_____

28    _____

1  If the answer is "no," state the date of last employment and the amount of the gross and net

2  salary and wages per month which you received.  (If you are imprisoned, specify the last

3  place of employment prior to imprisonment.)

4  _____ ✗ NONE _____

5  _____

6  _____

7  2.    Have you received, within the past twelve (12) months, any money from any of the

8  following sources:

9      a.    Business, Profession or                    Yes ___ No ✗

10          self employment

11      b.    Income from stocks, bonds,              Yes ___ No ✗

12          or royalties?

13      c.    Rent payments?                         Yes ___ No ✗

14      d.    Pensions, annuities, or                Yes ___ No ✗

15          life insurance payments?

16      e.    Federal or State welfare payments,     Yes ___ No ✗

17          Social Security or other govern-

18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount

20  received from each.

21  _____ ✗ NONE _____

22  _____

23  3.    Are you married?                           Yes ___ No ✗

24  Spouse's Full Name: _____ None _____

25  Spouse's Place of Employment: _____

26  Spouse's Monthly Salary, Wages or Income:

27  Gross $_____ ✗ _____ Net $_____ ✗ _____

28  4.    a.    List amount you contribute to your spouse's support:$ ___ ✗ _____

1    b.    List the persons other than your spouse who are dependent upon you for

2         support and indicate how much you contribute toward their support. (NOTE:

3         For minor children, list only their initials and ages. DO NOT INCLUDE

4         THEIR NAMES.).

5    _____

6    _____

7    5.    Do you own or are you buying a home?         Yes ____ No ✕

8    Estimated Market Value: $ ✕         Amount of Mortgage: $ ✕

9    6.    Do you own an automobile?                  Yes ____ No ____

10   Make ✕         Year ✕         Model ✕

11   Is it financed? Yes ____ No ✕ If so, Total due: $ ✕

12   Monthly Payment: $ ✕

13   7.    Do you have a bank account?  Yes ____ No ✕ (Do not include account numbers.)

14   Name(s) and address(es) of bank: ✕

15   _____

16   Present balance(s): $ ✕

17   Do you own any cash? Yes ____ No ____ Amount: $ ✕

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)  Yes ____ No ✕

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ ✕         Utilities: ✕

23   Food: $ ✕         Clothing: ✕

24   Charge Accounts:

25   | Name of Account | Monthly Payment | Total Owed on This Acct. |
     | --- | --- | --- |
26   | ✕ | $ ✕ | $ ✕ |
27   | | $ | $ |
28   | | $ | $ |

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to

2  whom they are payable.  Do not include account numbers.)

3  _____ None ✗ _____

4  _____

5  10.    Does the complaint which you are seeking to file raise claims that have been presented

6  in other lawsuits?   Yes ____ No ✗

7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8  which they were filed.

9  _____ ✗  none _____

10 _____

11       I consent to prison officials withdrawing from my trust account and paying to the court

12 the initial partial filing fee and all installment payments required by the court.

13       I declare under the penalty of perjury that the foregoing is true and correct and

14 understand that a false statement herein may result in the dismissal of my claims.

15

16  02-19-08                  Ronald M. Lopez

17      DATE                    SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

<u>LOPEZ   E 78629</u> for the last six months at
[prisoner name]

<u>CORRECTIONAL TRAINING FACILITY</u> where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <u>22.50</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $ <u>296.82</u>

Dated: <u>2-25-08</u>

*Brenda Nation Acct Technician*
Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN.  TRUST OFFICE



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: *2-25-08*
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY *Brenda Nation*
   TRUST OFFICE

*Account Technician*

4

```
REPORT ID: TS3030  .701                              REPORT DATE: 02/25/08
                                                        PAGE NO:      1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CTF SOLEDAD/TRUST ACCOUNTING
                       INMATE TRUST ACCOUNTING SYSTEM
                       INMATE TRUST ACCOUNT STATEMENT


                  FOR THE PERIOD: SEP. 26, 2007 THRU FEB. 25, 2008


ACCOUNT NUMBER : E78629                 BED/CELL NUMBER: CFEWT3000000303L
ACCOUNT NAME   : LOPEZ, RONALD              ACCOUNT TYPE: I
PRIVILEGE GROUP: A

                          TRUST ACCOUNT ACTIVITY
     TRAN
DATE CODE DESCRIPTION  COMMENT  CHECK NUM DEPOSITS  WITHDRAWALS  BALANCE
----- ---- ----------- --------- --------- ---------- ----------- ----------


09/26/2007  BEGINNING BALANCE                                      395.00

10/10 FC01 DRAW-FAC 1  1154 ML                          30.00      365.00
11/10 W426 DONATION-A.A. 1515 KFC                       35.50      329.50
11/10 W389 DONATION - YO 1523FBBCHF                     23.50      306.00
11/13 FC01 DRAW-FAC 1  1532 ML                          50.00      256.00
11/26 D300 CASH DEPOSIT 1661 78028        10.00                    266.00
12/07 D300 CASH DEPOSIT 1801 74683        10.00                    276.00
12/10 FC01 DRAW-FAC 1  1807 ML                          45.00      231.00
12/14 D300 CASH DEPOSIT 1892 68945        20.00                    251.00
      ACTIVITY FOR 2008
01/03 D300 CASH DEPOSIT 2033 68871       100.00                    351.00
01/08 FC01 DRAW-FAC 1  2080 ML                         125.00      226.00
01/24 W515 COPY CHARGE  2346 MCOPY                      10.10      215.90
02/21 D300 CASH DEPOSIT 2680 68779        10.00                    225.90


                          TRUST ACCOUNT SUMMARY

 BEGINNING     TOTAL        TOTAL       CURRENT      HOLDS     TRANSACTIONS
  BALANCE    DEPOSITS    WITHDRAWALS    BALANCE     BALANCE    TO BE POSTED
------------- ------------ ------------ ------------ ----------- --------------
   395.00      150.00       319.10       225.90       0.00         0.00
------------- ------------ ------------ ------------ ----------- --------------


                                            CURRENT
                                           AVAILABLE
                                            BALANCE
                                         --------------
                                            225.90
                                         --------------
                                         --------------
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2 - 2 5 - 0 8
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Blade Natia_
TRUST OFFICE
Acct Technician