1
2
3
4
5
6
7
8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16

| RONALD M LOPEZ, | ) | |
|---|---|---|
| Petitioner, | ) | No. C 08-1282 VRW (PR) |
| | ) | |
| vs | ) | ORDER OF DISMISSAL |
| | ) | |
| BEN CURRY, et al, | ) | (Doc # 2) |
| | ) | |
| Respondent(s). | ) | |

17
18      Petitioner, an alien and state prisoner in the custody of the California
19 Department of Corrections and Rehabilitation, has a file a pro se petition for a
20 writ of habeas corpus under 28 USC § 2241 seeking an expedited deportation
21 hearing. He also seeks leave to proceed in forma pauperis which, good cause
22 appearing, is granted.
23      The petition for a writ of habeas corpus must be dismissed because it is
24 well-established that a hold or detained letter alone does not sufficiently place an
25 alien in INS (now Bureau of Immigration and Customs Enforcement ("BICE"))
26 custody to make habeas corpus available. See Garcia v Taylor, 40 F3d 299, 303
27 (9th Cir 1994); see also id at 303-04 (mandamus not available to expedite
28 deportation proceedings).

1  It matters not that under 8 USC § 1228(c)(1) a district court may order
2  deportation because said discretion may be exercised only if the deportation is
3  "requested by the United States Attorney with the concurrence of [BICE]."  No
4  such request has been made here.
5  The clerk shall enter judgment in favor of respondent, terminate all
6  pending motions as moot and close the file.
7  SO ORDERED.

```
                                          VAUGHN R WALKER
                                          United States District Chief Judge
```

G:\PRO-SE\VRW\OTHER.08\Lopez, R1.dismiss.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD M. LOPEZ,<br><br>        Petitioner,<br><br>v.<br><br>BEN CURRY et al,<br><br>        Respondent. | Case Number: C08-1282 VRW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald M. Lopez E-78629
CTF-Soledad
EW-303-Low
P.O. Box 689
Soledad, CA 96960-0689

Dated: March 25, 2008

                                            Richard W. Wieking, Clerk
                                            By: Cora Klein, Deputy Clerk