IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RONALD M. LOPEZ,  No. C 08-1282 VRW

        Petitioner,

  v.  **JUDGMENT IN A CIVIL CASE**

BEN CURRY,

        Respondent.
_____/

**( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in pursuant to the court's order dismissing the petition for a writ of habeas corpus filed March 25, 2008, judgment is entered in favor of respondent.

Dated: March 25, 2008           Richard W. Wieking, Clerk

                                                          By: *Cora Klein*
                                                          Deputy Clerk

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RONALD M. LOPEZ,

        Petitioner,

v.

BEN CURRY et al,

        Respondent.

Case Number: C08-1282 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 25, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Ronald M. Lopez E-78629
CTF-Soledad
EW-303-Low
P.O. Box 689
Soledad, CA 96960-0689

Dated: March 25, 2008

        Richard W. Wieking, Clerk
        By: Cora Klein, Deputy Clerk

        *Cora Klein*