

RECEIVED / FILED
2008 JUL 22 PM / JUL 22 2008
RICHARD W. / RICHARD W. WIEKING
CLERK / CLERK U.S. DISTRICT COURT,
U.S. DSTRI / NORTHERN DISTRICT OF CALIFORNIA
NO. DIST. OF CA S.J.

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF CALIFORNIA

Ronald M. Lopez           )
                          )   CASE NO. C-08- 1282 VRW (PR)
            Plaintiff,    )
                          )
     vs.                  )   PRISONER'S
                          )   APPLICATION TO PROCEED
The U.S. District Court For )  IN FORMA PAUPERIS
The Northern District Of  )
California.    Defendant. )

I, __Ronald M. LOpez__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __None__                    Net: __None__

Employer: _____None_____

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____**Yard Crew No Pay Number**_____
5  _____
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9       a.   Business, Profession or                 Yes ___ No _X_
10          self employment
11      b.   Income from stocks, bonds,              Yes ___ No _X_
12          or royalties?
13      c.   Rent payments?                          Yes ___ No _X_
14      d.   Pensions, annuities, or                 Yes ___ No _X_
15          life insurance payments?
16      e.   Federal or State welfare payments,      Yes ___ No _X_
17          Social Security or other govern-
18          ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____**None**_____
22  _____

23  3.      Are you married?                         Yes ___ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.      a.   List amount you contribute to your spouse's support:$ __None__

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____   - 2 -

1    b.   List the persons other than your spouse who are dependent upon you for
2         support and indicate how much you contribute toward their support. (NOTE:
3         For minor children, list only their initials and ages. DO NOT INCLUDE
4         THEIR NAMES.).
5    _____
6    _____
7  5.   Do you own or are you buying a home?     Yes ___ No _X_
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.   Do you own an automobile?                Yes ___ No _X_
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.   Do you have a bank account? Yes ___ No _X_ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No _X_ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.) Yes ___ No _X_
20 _____
21 8.   What are your monthly expenses?    None
22 Rent: $ _____                Utilities: _____
23 Food: $ _____                Clothing: _____
24 Charge Accounts:    None
25 Name of Account         Monthly Payment          Total Owed on This Acct.
26 _____              $ _____             $ _____
27 _____              $ _____             $ _____
28 _____              $ _____             _____9.  Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)
3 |              None
4 |
5 | 10. Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits? Yes ___ No _x_
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 |
10 |
11 |   I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |   I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

16 | July /20/ 2008    *Ronald M. Lopez*
17 |   DATE        SIGNATURE OF APPLICANT

RIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 4 -

1
2                                                    Case Number: <u>C 08 - 1282 VRW(PR)</u>
3
4
5
6
7
8
9                           **CERTIFICATE OF FUNDS**
10                                    **IN**
11                          **PRISONER'S ACCOUNT**
12
13      I certify that attached hereto is a true and correct copy of the prisoner's trust account
14  statement showing transactions of _____ for the last six months
15  at
16                              [prisoner name]
17  _____ where (s)he is confined.
18          [name of institution]
19      I further certify that the average deposits each month to this prisoner's account for the
20  most recent 6-month period were $_____ and the average balance in the prisoner's
21  account each month for the most recent 6-month period was $_____.
22
23  Dated:_____                    _____
24                                      [Authorized officer of the institution]
25
26
27
28

- 5 -

07 / 20 / 08

Ronald Miranda Lopez - E-78629 - RB- 244 1.

Dear;

Trust Office:

    Enclosed is my Prisoners' application to proceed in Forma Pauperis. Please certify the " Certificate of Funds in Prisoners' Account" on tha last page and forward the application to The Court in the Big Envelope where The Writ is enclosed. After verification, please seal it and forward it to The Court. There is a Trust Account Withdrawal Order also for Postage purposes. Thank You for your time and cooperation in this matter.


                                      Cordially

                              Ronald M. Lopez, E-78629

*[signature: Ronald M. López]*

**CONFIDENTIAL LEGAL MAIL**

Ronald Miranda Lopez, E-78629
P.O. BOX-705-RB-244 L
Soledad, Ca 93960

Northern District Federal Court
San Jose Division
280 S. First St., #2112
San Jose, Ca 95113-3006



US POSTAGE $04.80
JUL 21 2008
MAILED FROM ZIP CODE 93960



CONFIDENTIAL LEGAL MAIL

Ronald Miranda Lopez, E-78629
P.O. BOX- 705 - RB-244 1.
Soledad, Ca 93960

Northern District Federal Court
San Jose Division
280 S. First St., #2112
San Jose, Ca 95113-3006

