IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RONALD M LOPEZ, | ) | |
| Petitioner, | ) | No. C 08-1282 VRW (PR) |
| vs | ) | ORDER |
| BEN CURRY, et al, | ) | (Doc # 6) |
| Respondent(s). | ) | |

Petitioner, an alien and state prisoner in the custody of the California Department of Corrections and Rehabilitation, filed a pro se petition for a writ of habeas corpus under 28 USC § 2241 seeking an expedited deportation hearing. He also sought leave to proceed in forma pauperis under 28 USC § 1915.

Per order filed on March 25, 2008, the court granted petitioner's request to proceed in forma pauperis but dismissed the petition for a writ of habeas corpus. The court explained:

> The petition for a writ of habeas corpus must be dismissed because it is well-established that a hold or detained letter alone does not sufficiently place an alien in INS (now Bureau of Immigration and Customs Enforcement ("BICE")) custody to make habeas corpus available. See Garcia v Taylor, 40 F3d 299, 303 (9th Cir 1994); see also id at 303-04 (mandamus not available to expedite deportation proceedings).

>It matters not that under 8 USC § 1228(c)(1) a district court may order deportation because said discretion may be exercised only if the deportation is "requested by the United States Attorney with the concurrence of [BICE]." No such request has been made here.

Mar 25, 2008 Order at 1-2.

Nearly four months later, petitioner has filed a motion for reconsideration requesting that the court issue a writ of mandate compelling BICE to commence deportation proceedings against him. The motion and petition for a writ of mandate are DENIED. Mandamus relief is only available to compel an officer of the United States to perform a duty if: (1) the petitioner's claim is clear and certain; (2) the duty of the officer is ministerial and so plainly prescribed as to be free from doubt; and (3) no other adequate remedy is available. <u>Fallini v Hodel</u>, 783 F2d 1343, 1345 (9th Cir 1986). Petitioner has not satisfied any of the above. The Attorney General's discretion to seek deportation with the concurrence of BICE cannot be characterized as a ministerial duty that is clear and certain.

Petitioner's second motion for leave to proceed in forma pauperis (doc # 6) is denied as moot and unnecessary in light of the court's prior grant of leave to proceed in forma pauperis.

SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\OTHER.08\Lopez, R1.recon.wpd

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


RONALD M. LOPEZ,

        Plaintiff,

  v.

BEN CURRY et al,

        Defendant.

Case Number: C08-1282 VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 6, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Ronald M. Lopez E-78629
CTF-Soledad
EW-303-Low
P.O. Box 689
Soledad, CA 96960-0689

Dated: August 6, 2008

                                        Richard W. Wieking, Clerk
                                        By: Cora Klein, Deputy Clerk