1  Ronald M. Lopez, E-78629
   CTF North, RB-2441.
2  P.O. BOX- 705
   Soledad, Ca 93960
3            In Pro Se

FILED

08 AUG 27 PM 1:44

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Ronald M. Lopez

   Petitioner,

v.

BEN CURRY, et al,

   Respondent (s).

Case No. C 08-1282 VRW (PR)

*REQUEST FOR COPIES OF EXCERPT OF THE RECORD*

Petitioner Ronald M. Lopez, hereby requests the Court to send the documents that comprise the excerpt of record in the above entitled case. (See, 9th Cir. R 30-3).

Date: 08-24-08

Submitted by:

*Ronald M. López*

Ronald M. Lopez, In Pro Se