```
1  Ronald M. Lopez, E-78629
   CTF North, RB-244 1.
2  P.O. BOX- 705
   Soledad, Ca 93960
3
              In Pro Se
4
5
6              UNITED STATES DISTRICT COURT
7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
```

FILED
08 AUG 27 PM 1:44
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ronald M. Lopez

    Petitioner,

v.

BEN CURRY, et al,

    Respondent(s).

Case No. C 08-1282 VRW (PR)

***MOTION FOR LEAVE TO PROCEED ON APPEAL IN FORMA PAUPERIS***

Petitioner, **Ronald M. Lopez** moves this Court for an Order permitting him to prosecute an appeal from the judgment entered in this case on August 06, 2008, in forma pauperis, under the provisions of Title 28 United States Code §1915. Petitioner's affidavit in support of this motion is attached.

Date: 08-24-08

Submitted by:

*Ronald M. Lopez*
Ronald M. Lopez, In Pro Se

# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 REV. 1/90

| IN UNITED STATES | ☐ MAGISTRATE  ☒ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below) |
|---|---|
| IN THE CASE OF | Ronald M. Lopez vs. Ben Curry |
| FOR | THE NORTHERN DISTRICT OF CALIFORNIA AT San Francisco |

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): Ronald M. Lopez

1. ☐ Defendant—Adult
2. ☐ Defendant—Juvenile
3. ☒ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

DOCKET NUMBERS
Magistrate:
District Court: C 08-1282 VRW(PR)
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

187 (A) Homocide

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☒ No  ☐ Am Self Employed
Name and address of employer: ∅
IF YES, how much do you earn per month? $ ∅
IF NO, give month and year of last employment: N/A
How much did you earn per month $ N/A
If married is your Spouse employed? ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month $ ∅
If a minor under age 21, what is your Parents or Guardian's approximate monthly income $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ ∅   SOURCES: N/A
THE SOURCES

**CASH**
Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☒ No
IF YES, GIVE VALUE AND DESCRIBE IT $ ∅   DESCRIPTION: N/A

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☐ SEPARATED OR DIVORCED
Total No. of Dependents: ∅
List persons you actually support and your relationship to them: N/A

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | N/A | $ ∅ | $ ∅ |
| | | $ ∅ | $ ∅ |
| | | $ ∅ | $ ∅ |
| | | $ ∅ | $ ∅ |

I certify the above to be correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Ronald M. Lopez*  08/24/08

**WARNING:** A FALSE OR DISHONEST ANSWER TO A QUESTION IN THIS AFFIDAVIT MAY BE PUNISHABLE BY FINE OR IMPRISONMENT, OR BOTH.